**Glenda Yamileth GUTIERREZ DE LA O, a.k.a. Glenda Y. Gutierrez, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 07–72855.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed Feb. 25, 2010.

Kaaren L. Barr, Seattle, WA, for Petitioner.

David V. Bernal, Jeffery R. Leist, Lindsay E. Williams, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, WWS–District Counsel, Immigration and Naturalization Service, Office of the District Counsel, Seattle, WA, for Respondent.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

MEMORANDUM **

Glenda Yamileth Gutierrez De La O ("Gutierrez"), a native and citizen of Honduras, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

judge's decision denying her application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. Reviewing for substantial evidence, *INS v. Elias–Zacarias*, 502 U.S. 478, 481 n. 1, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992), we deny the petition for review.

The agency denied Gutierrez's asylum claim as time-barred and denied her withholding of removal claim based on an adverse credibility determination. Gutierrez, who is counseled, does not raise any arguments in her opening brief challenging the BIA's time-bar finding or its adverse credibility determination. *See Martinez–Serrano v. INS*, 94 F.3d 1256, 1259–60 (9th Cir.1996) (issues not supported by argument are deemed waived). Accordingly, we deny her petition for review.

**PETITION FOR REVIEW DENIED.**